# Court of Appeals
# of the State of Georgia

ATLANTA,  January 22, 2021

*The Court of Appeals hereby passes the following order:*

**A21E0028. IN THE INTEREST OF BABY GIRL N. (A CHILD).**

The Appellant in the above-styled case has filed an emergency motion, pursuant to Court Rule 40(b), entitled Emergency Motion For Extension Of Time To File Application For Discretionary Appeal.  Appellant received a previous extension to file the discretionary application on December 9, 2020.  Pursuant to OCGA § 5-6-39(a)(5), (c), said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  01/22/2021*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
                *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*